248 U. S.  Decisions on Petitions for Writs of Certiorari.

No. 725. MONROE BUILDING COMPANY ET AL. *v.* FRANK LAWHEAD, TRUSTEE, ETC. December 9, 1918. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Harrison Geer* and *Mr. Max Kahn* for petitioners. *Mr. George E. Brand* for respondent.

Nos. 742, 743. JOHN J. SHEA *v.* UNITED STATES. December 16, 1918. Petitions for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Edmund H. Moore, Mr. Sherman T. McPherson* and *Mr. Edward P. Moulinier* for petitioner. *The Solicitor General* and *Mr. Assistant Attorney General Porter* for the United States.

No. 747. HENRY C. HALL, ADMINISTRATOR, ETC., *v.* WILLIAM A. PAINE ET AL. December 16, 1918. Petition for a writ of certiorari to the Superior Court of the State of Massachusetts denied. *Mr. William R. Sears* for petitioner. *Mr. Robert M. Morse* and *Mr. William P. Everts* for respondents.

No. 749. NELS O. HULTBERG *v.* FRIDEBORG A. ANDERSON. December 16, 1918. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Silas H. Strawn* and *Mr. Harris F. Williams* for petitioner. *Mr. Charles Blood Smith, Mr. Axel Chytraus, Mr. John J. Healy* and *Mr. E. Allen Frost* for respondent.

No. 750. *Ex parte:* IN THE MATTER OF CLOYD H. DUNCAN. December 16, 1918. Petition for a writ of certiorari